## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY MCMULLEN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>TROY HAMILTON, GARY S. JACOB, and GARY G. GEMIGNANI,<br><br>       Defendants. | Case No.: 1:19-cv-00825-AMD-VMS |
| DAVID WEBER, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>TROY HAMILTON, GARY S. JACOB, and GARY G. GEMIGNANI,<br><br>       Defendants. | Case No.: 1:19-cv-01352-PKC-RML |

**NOTICE OF MOTION OF MOVANT THE MCMULLEN GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT <u>AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

\800987

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

**NOTICE IS HEREBY GIVEN THAT** Proposed Lead Plaintiffs Gary McMullen and his corporate account, Numbered Account 2514901 Ontario, Inc., (the "McMullen Group") respectfully move this Court for an order:  (1) consolidating the above-captioned actions and related filings under the first-filed action; (2) consolidating all later-filed or transferred related class actions arising out of the same operative facts and alleging substantially similar causes of actions with the consolidated action; (3) appointing the McMullen Group as Lead Plaintiff in the consolidated action pursuant to the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (4) approving the McMullen Group's selection of Wolf Haldenstein Adler Freeman & Herz LLP to serve as Lead Counsel to the Class in the consolidated action; and (5) granting such other and further relief as the Court may deem just and proper.

This Motion is supported by the accompanying Memorandum of Law; the accompanying declaration of Matthew M. Guiney and the exhibits attached thereto; the pleadings herein; and any such other written and/or oral argument, as may be presented to the Court.

Dated: April 12, 2019

                                                  **WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP**

                                                 /s/ *Matthew M. Guiney*
                                                Matthew M. Guiney
                                                Patrick Donovan
                                                270 Madison Avenue
                                                New York, NY 10016
                                                Tel: 212-545-4600
                                                Fax: 212-686-0114
                                                guiney@whafh.com
                                                donovan@whafh.com

                                                *Counsel for the McMullen Group and Proposed Lead Counsel for the Class*