**Record of Conference and Orders: Vera M. Scanlon, USMJ**          Date: 10/22/2019

Case: Lee v. Synergy Pharmaceuticals Inc et al _____          Status Conference @ 3:15 PM

Civ.: 1:18-cv-00873-AMD-VMS

**ECF Recording in 13A South:**          □ Telephone Conference          ☑ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*          *Counsel for Intervenos*

☑ Counsel for Plaintiff(s) □ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) □ Pro Se Defendant(s)

**Conference Type:**

□ Initial Conference □ Status Conference □ Settlement Conference ☑ Motion Hearing □ Discovery Conference □
□ JPTO Conference      □ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

□ Motions decided on the record

□ Rule 26(a) disclosures, incl. supplements

□ Document requests to be served

□ Interrogatories to be served

□ Amended pleadings, incl. joinder          □ To be served          □ To be filed

    □ Complaint □ Answer          □ On consent □ By motion □ By PMC letter

□ Joint status letter □ Stip of dismissal to be filed

□ Status conference          Date:          Time:

    □ In person □ Telephone (718) 613-2300   To be organized by:

□ Specific depositions to be held

□ Fact discovery closes

□ Expert disclosures to be served

□ Initial expert report(s) to be served

□ Rebuttal expert report(s) to be served

□ Expert discovery closes

□ All discovery closes

□ Joint letter confirming discovery is concluded

□ Summary judgment to be initiated          □ PMC letter □ Briefing

□ Joint pre-trial order to be filed          □ Letter for conference □ Proposed JPTO

□ Proposed confidentiality order to be filed

□ Consent to Magistrate Judge to be filed

□ Settlement Conference          Date:          Time:

Page 1 of __

Case: Lee v. Synergy Pharmaceuticals Inc et al                    Civ.: 1:18-cv-00873-AMD-VMS

Date: 10/22/2019

**Additional Orders:**

The court heard argument on the intervenor, consolidation, lead π & lead counsel motions in these 3 related cases.

Decision to follow.

Page 2 of __